COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central  District of  Illinois

James Ressel

V.

N.V.E., Inc., d/b/a NVE Pharmaceuticals, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-2223

TO: (Name and address of Defendant)

N.V.E., Inc., d/b/a NVE Pharmaceuticals, Inc.
c/o Robert Occhifinto
33-08 Newton-Sparta Road
Newton, NJ 07860

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Virginia L. Borden
SimmonsCooper, LLC
707 Berkshire Blvd., P.O. Box 521
East Alton, IL 62024

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

DATE  10/14/04

s/V. Ball
(BY) DEPUTY CLERK