2:04-cv-02223   # 3   Page 1 of 1
11/3/2004 10:07 AM  FROM: CAG  800-538-5299 Civil Action Group  TO: 81 (732) 563-4774  PAGE: 002 OF 003

E-FILED
Friday, 19 November, 2004 11:12:18 AM
Clerk, U.S. District Court, ILCD

James Ressel, et. al., Plaintiff(s)
vs.
N.V.E., Inc., dba NVE Pharmaceuticals, Inc., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--N.V.E., Inc., dba NVE Pharmaceuticals, Inc.
Court Case No. 04-CV-4223

SIMMONS-COOPER, LLC
Ms. Linda Wooten
P.O. Box 521/707 E. Berkshire Blvd.
East Alton, IL 62024

State of: New Jersey ) ss.
County of: Somerset )

**Name of Server:** Analise Esparza, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 8th day of November, 2004, at 10:00 o'clock A M

**Place of Service:** at 15 Whitehall Road, in Andover, NJ

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint w/Jury Trial Demand**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
N.V.E., Inc., dba NVE Pharmaceuticals, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jane Brady - Paralegal

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color brown ; Facial Hair ___
Approx. Age 30 ; Approx. Height 5'5" ; Approx. Weight 135

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 8th day of November, 2004

(Signature of Server) (Date)     Notary Public    (Commission Expires)

APS International, Ltd.
APS File #: 068654-0001

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/11/2008