IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JAMES RESSEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2223 |
| | ) |
| N.V.E., INC., d/b/a | ) |
| NVE PHARMACEUTICALS, INC. | ) |
| | ) |
| Defendant. | ) |

NOTICE OF FILING

   I hereby certify that on November 29, 2004, I electronically filed the foregoing Defendant's Appearance and Defendant's Answer to Plaintiff's Complaint.

s/Kevin B. Duckworth_____<br>
Kevin B. Duckworth

Kevin B. Duckworth
ARDC #6191668
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois  60611
(312) 923-8383
(312) 923-8483 (fax)
Kduckworth@jenner.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 29, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jena L. Borden
jborden@simmonscooper.com

                                                 s/Kevin B. Duckworth_____
                                               Kevin B. Duckworth

Kevin B. Duckworth
ARDC #6191668
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois  60611
(312) 923-8383
(312) 923-8483 (fax)
Kduckworth@jenner.com

CHICAGO_1183925_1