AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Central__   DISTRICT OF   __Illinois__

James Ressel,

v.                                                           **APPEARANCE**

N.V.E., Inc., d/b/a NVE Pharmaceuticals, Inc.

Case Number: 04-2223

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant N.V.E., Inc., d/b/a NVE Pharmaceuticals, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 29, 2004 | s/Kevin B. Duckworth |
| Date | Signature |
| | Kevin B. Duckworth    6191668 |
| | Print Name    Bar Number |
| | Jenner & Block, LLP |
| | One IBM Plaza |
| | Address |
| | Chicago, Illinois    60611 |
| | City    State    Zip Code |
| | (312) 923-8383    (312) 923-8483 |
| | Phone Number    Fax Number |
| | Kduckworth@jenner.com |