UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES RESSEL, | ) |
| | ) |
| Plaintiff, | ) |
| | )   04-2223 |
| v. | ) |
| | ) |
| NVE INC., d/b/a NVE | ) |
| PHARMACEUTICALS, INC.., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

1.  This matter is set for a Scheduling Conference under Fed.R.Civ.P. 16 by personal appearance before the court sitting in Urbana at **11:15 a.m.** on **February 10, 2005.**

2.  Lead counsel for each party must attend and be prepared to discuss all issues listed in Local Rule 16 (CDIL-LR 16) and Fed. R. Civ. P. 26.

3.  At least 14 days prior to the scheduling conference, counsel must comply with the initial disclosure requirements of Fed. R. Civ. P. 26(f).  A certificate of compliance must be filed, but the disclosures are NOT to be filed.  (CDIL-LR 26.3(A)).

4.  The parties shall file a proposed discovery plan at least 7 days prior to the scheduling conference.  Failure to submit the discovery plan required by this order may result in the cancellation of the discovery conference and assessment of costs.

5.  The plaintiff's attorney is responsible for arranging the 26(f) meeting and filing the proposed discovery plan with the Court.  (CDIL-LR 26.2(3)).

6.  The parties are advised that requests for conversions of the personal appearance to a telephone conference are routinely denied.  While the Court seeks to minimize the inconvenience of travel, that inconvenience is not a ground to avoid personal appearance for what the Court considers an important proceeding.

ENTER this 1st day of December, 2004.

s/Harold A. Baker
_____
Harold A. Baker
United States District Judge