**UNITED STATES OF AMERICA**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

E-FILED
Thursday, 13 January, 2005 03:22:24 PM
Clerk, U.S. District Court, ILCD

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

January 7, 2005

**FILED**
JAN 11 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Honorable Jed S. Rakoff
U.S. District Judge
1340 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: MDL-1598 -- In re Ephedra Products Liability Litigation

(See Attached Schedule CTO-12)

Dear Judge Rakoff:

   For your information, I am enclosing a copy of a conditional transfer order filed today by the Judicial Panel on Multidistrict Litigation in this matter.

                              Very truly,

                              Michael J. Beck
                              Clerk of the Panel

                              By *Teresa Bishop*
                                 Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 7 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1598

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-12)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 186 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-12 - TAG ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. C.A.#

**ALABAMA NORTHERN**
ALN   2  04-3000        Bessie L. Bell, et al. v. Metabolife International, Inc., et al.

**ARKANSAS WESTERN**
ARW   5  04-5293        Tracey La Rosa v. Wal-Mart Corp., et al.

**CALIFORNIA SOUTHERN**
CAS   3  04-2178        Desire Jones v. Richardson Labs, et al.

**FLORIDA SOUTHERN**
FLS   0  04-60194       Edward Ammar v. Basic Research, LLC, et al.

**ILLINOIS CENTRAL**
ILC   2  04-2223        James Ressel v. NVE, Inc.

**KANSAS**
KS   2  04-2279         Bonnie Ann Jackley, etc. v. NVE, Inc., et al.
KS   2  04-2345         Audrey Quaile v. Metabolife International, Inc.

**MARYLAND**
MD   1  04-3849         Edward C. Watkins v. Metabolife International, Inc., et al.

**MAINE**
ME   2  04-255          Gregory L. Crosby, et al. v. Market America, Inc.

**MISSOURI EASTERN**
MOE   4  04-1540        Margaret Randle v. Metabolife International, Inc.

**MISSOURI WESTERN**
MOW   4  04-785         Charles Motley v. Metabolife International, Inc., et al.
MOW   5  04-6079        Joyce Hayes v. Metabolife International, Inc.

**MISSISSIPPI NORTHERN**
MSN   1  04-324         Margaret S. Guyton v. Nutrition USA, Inc., et al.
MSN   1  04-325         Angela Smith v. Nutrition USA, Inc., et al.

**MISSISSIPPI SOUTHERN**
MSS   5  04-275         Josephine Harried v. Rexall Sundown, Inc., et al.
MSS   5  04-277         Elizabeth Gary v. Rexall Sundown, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW   1  04-232         Christopher Scott Surratt v. Metabolife International Inc., et al.

**NEW MEXICO**
NM   2  04-1288         Emily Lujan v. Metabolife International, Inc., et al.

# INVOLVED JUDGES LIST (CTO-12)
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Harold A. Baker
Senior U.S. District Judge
338 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Hon. Robert Brack
U.S. District Judge
United States District Court
Federal Building
200 East Griggs Avenue
Las Cruces, NM 88011

Hon. David C. Bramlette
U.S. District Judge
P.O. Drawer 928
Natchez, MS 39121

Hon. Clarence A. Brimmer
U.S. District Judge
2120 Capitol Avenue
Room 2603
Cheyenne, WY 82001

Hon. Fredrick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Larry Alan Burns
U.S. District Judge
1165 Edward J. Schwartz
 U.S. Courthouse
940 Front Street
San Diego, CA 92101-8921

Hon. Gene Carter
U.S. District Judge
Edward T. Gignoux Fed. Courthouse
156 Federal Street
Portland, ME 04101

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. W. Royal Furgeson, Jr.
U.S. District Judge
John H. Wood Courthouse
655 E. Durango Blvd.
San Antonio, TX 78206

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550-1738

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. William M. Nickerson
Senior U.S. District Judge
330 Edward A. Garmatz
Federal Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Wittaker
 U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Lacy H. Thornburg
U.S. District Judge
241 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Leonard D. Wexler
Senior U.S. District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker
 U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106