E-FILED
Monday, 31 January, 2005 01:46:01 PM
Clerk, U.S. District Court, ILCD

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 7 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1598

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-12)

FILED
JAN 3 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 186 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 2 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-12 - TAG ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. C.A.#

**ALABAMA NORTHERN**
ALN    2   04-3000        Bessie L. Bell, et al. v. Metabolife International, Inc., et al.

**ARKANSAS WESTERN**
ARW    5   04-5293        Tracey La Rosa v. Wal-Mart Corp., et al.

**CALIFORNIA SOUTHERN**
CAS    3   04-2178        Desire Jones v. Richardson Labs, et al.

**FLORIDA SOUTHERN**
FLS    0   04-60194       Edward Ammar v. Basic Research, LLC, et al.

**ILLINOIS CENTRAL**
ILC    2   04-2223        James Ressel v. NVE, Inc.

**KANSAS**
KS     2   04-2279        Bonnie Ann Jackley, etc. v. NVE, Inc., et al.
KS     2   04-2345        Audrey Quaile v. Metabolife International, Inc.

**MARYLAND**
MD     1   04-3849        Edward C. Watkins v. Metabolife International, Inc., et al.

**MAINE**
ME     2   04-255         Gregory L. Crosby, et al. v. Market America, Inc.

**MISSOURI EASTERN**
MOE    4   04-1540        Margaret Randle v. Metabolife International, Inc.

**MISSOURI WESTERN**
MOW    4   04-785         Charles Motley v. Metabolife International, Inc., et al.
MOW    5   04-6079        Joyce Hayes v. Metabolife International, Inc.

**MISSISSIPPI NORTHERN**
~~MSN    1   04-324~~        ~~Margaret S. Guyton v. Nutrition USA, Inc., et al.~~ Opposed 1/25/05
~~MSN    1   04-325~~        ~~Angela Smith v. Nutrition USA, Inc., et al.~~ Opposed 1/25/05

**MISSISSIPPI SOUTHERN**
MSS    5   04-275         Josephine Harried v. Rexall Sundown, Inc., et al.
MSS    5   04-277         Elizabeth Gary v. Rexall Sundown, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW    1   04-232         Christopher Scott Surratt v. Metabolife International Inc., et al.

**NEW MEXICO**
~~NM     2   04-1288~~       ~~Emily Lujan v. Metabolife International, Inc., et al.~~ Vacated 1/24/05

SCHEDULE CTO-12-TAG ALONG ACTIONS (MDL-1598)                              Page 2 of 2

DISTRICT DIV. C.A.#

NEW YORK EASTERN
    NYE    2   03-6448       John Giordano v. Market America, Inc.

TEXAS EASTERN
    ~~TXE    2   04-157~~       ~~Sandra Lovelace, et al. v. Body Dynamics, Inc., et al.~~ Opposed 1/25/05

TEXAS NORTHERN
    TXN    4   04-756       Sergio J. Vasquez v. Metabolife International, Inc., et al.
    TXN    4   04-821       Teresa Marie Belew v. Metabolife International, Inc., et al.

TEXAS SOUTHERN
    TXS    3   04-556       Morris J. Parks v. Metabolife International, Inc., et al.
    TXS    4   04-4146       Bruce E. Lewis v. Metabolife International, Inc., et al.

TEXAS WESTERN
    TXW    1   04-689       Kathy Foster v. Metabolife International, Inc., et al.
    TXW    5   04-1029       Jennifer Reyes v. Muscletech Research & Development, Inc.

WYOMING
    ~~WY    1   04-305~~       ~~Vicky Long, et al. v. National Health Products, Inc., et al.~~ Opposed 1/25/05

# INVOLVED COUNSEL LIST (CTO-12)
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

Lisa R. King Ackley
Walsworth, Franklin, Bevins & McCall
One City Blvd. West, 5th Floor
Orange, CA 92868-3677

Douglas A. Baker
Modrall, Sperling, Roehl, Harris & Sisk
Bank of America Centre
500 Fourth Street, NW, Suite 1000
P.O. Box 2168
Albuquerque, NM 87103-2168

Baxter W. Banowsky
Banowsky, Betz & Levin
790 Coit Central Tower
12001 N. Central Expressway
Dallas, TX 75243

Nicholas Scot Bettinger
McDonald Sanders
Continental Plaza
777 Main Street
Suite 1300
Fort Worth, TX 76102

Edward F. Blizzard
Blizzard, McCarthy & Nabers, LLP
The Lyric Centre Bldg.
Suite 1710
440 Louisiana Street
Houston, TX 77002-1689

Jena L. Borden
Simmons Cooper, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Virginia L. Borden
SimmonsCooper, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd., N.W.
Albuquerque, NM 87104

David E. Carey
Brown, Brown & Brown
200 South Main Street
Belair, MD 21014

Thomas P. Cartmell
Wagstaff & Cartmell, L.L.P.
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Lori G. Cohen
Alston & Bird
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Todd Ashley Coker
Campbell, Cherry, Harrison, Davis
& Dove
P.O. Box 5229
3003 Lakeland Cove
Suite F
Jackson, MS 39296-5229

James H. Colmer, Jr.
Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Lisa Willhelm Cooney
Lewis, Brisbois, Bisgaard & Smith
550 West C. Street
Suite 800
San Diego, CA 92101-3531

Neil L. Coscio
Fiedelman & McGaw
2 Jericho Plaza
Jericho, NY 11753-1681

Daniel H. Cuneo
Burroughs, Hepler, Broom,
MacDonald, et al.
1010 Market Street
Suite 500
St. Louis, MO 63101

Kevin Brian Duckworth
Jenner & Block, LLC
One IBM Plaza
330 North Wabash
Chicago, IL 60611

Kenneth T. Fibich
Fibich, Hampton & Leebron
1401 McKinney
Suite 1800
Houston, TX 77010

Stephen M. Gorny
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Road
Suite 200
Leawood, KS 66211

Alan David Harrel
Atchley, Russell, Waldrop
& Hlavinka
1710 Moores Lane
P.O. Box 5517
Texarkana, TX 75505-5517

Marcus E. Hayes
Crumley & Associates
1810 Westchester Drive
High Point, NC 27262

Jay H. Henderson
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019-3005

Michael Hodson
P.O. Box 590
Fayetteville, AR 72702

D. Michael Huckabay, Jr.
Huckabay, Munson, Rowlett & Tilley
Regions Center
400 West Capitol
Suite 1900
Little Rock, AR 72201

Richard W. Hunnicutt, III
Law Offices of David McQuade
Leibowitz
111 Soledad
20th Floor
San Antonio, TX 78205

INVOLVED COUNSEL LIST CTO-12 (MDL-1598)    Page 2 of 3

Kerry N. Jardine
Burg, Simpson, Eldredge, Hersh
 & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112-2866

Lyra L. Johnson
Chionuma & Associates, P.C.
1102 Grand Avenue
1100 Bryant Buildng
Kansas City, MO 64106

Gene M. Jones
Weller, Green & Toups
Bank of America Tower
2615 Calder
Suite 400
Beaumont, TX 77702

John P. Kavanagh, Jr.
Bowron Latta & Wasden, P.C.
Colonial Bank Center, Suite 400
41 North Beltline Highway
P.O. Box 16046
Mobile, AL 36616

Bradley D. Kuhlman
Evans & Kuhlman
105 E 5th Street
Suite 102
Kansas City, MO 64106

Jeffrey M. Kuntz
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Scott D. Levine
Banowsky, Betz & Levin
12001 North Central Expressway
Suite 790
Dallas, TX 75243

Joshua A. Levy
Jay Halpern & Associates, P.A.
150 Alhambra Circle
Suite 1100
Coral Gables, FL 33134

Theodore J. MacDonald, Jr.
Burroughs, Hepler, Broom, MacDonald
 & Hebrank
103 West Vandalia Street
P.O. Box 510, Suite 300
Edwardsville, IL 62025

Todd E. Macaluso
Macaluso & Associates, APC
600 West Broadway
Suite 1200
San Diego, CA 92101

Patrick F. Madden
McCauley, MacDonald, Love & Devin
Renaissance Tower
Suite 3800
1201 Elm Street
Dallas, TX 75270

Roger Mansukhani
Gordon & Rees
101 West Broadway
Suite 1600
San Diego, CA 92101

Daniel R. Mawhinney
Thompson & Bowie
3 Canal Plaza
P.O. Box 4630
Portland, ME 04101

Kathleen M. McDonough
Segal, McCambridge, Singer
 & Mahoney, Ltd.
One IBM Plaza
Suite 200
330 North Wabash Avenue
Chicago, IL 60611-3514

Robert A. Mintz
Wallace, Saunders, Austin,
 Brown, et al.
10111 W 87th Street
Overland Park, KS 66212

Daniel J. Mitchell
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

J. Scott Nabers
Blizzard, McCarthy & Nabers, LLP
440 Louisiana
Suite 1710
Houston, TX 77002-1689

D. John Neese, Jr.
Williams Bailey Law Firm LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Peter C. Neger
Bingham Dana, LLP
399 Park Avenue
New York, NY 10022-7226

Jason A. Neville
Williams, Porter, Day & Neville
159 North Wolcott
P.O. Box 10700
Suite 400
Casper, WY 82602

Michael W. Newport
Foley & Mansfield, PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

Hampton K. O'Neill
Brown, Drew & Massey, LLP
159 North Wolcott
Suite 200
Casper, WY 82601

Ronald G. Peresich
Page, Mannino, Peresich
 & McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

R. Edward Perkins
McFall & Sherwood, et al.
909 Fannin Street
Two Houston Center
#2500
Houston, TX 77010-1003

Thomas J. Preuss
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Todd H. Ramsey
Bailey Crowe & Kugler
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Antonio J. Reynolds
Alston & Bird, LLP
Bank of America Plaza
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000

INVOLVED COUNSEL LIST CTO-12 (MDL-1598)                                                        Page 3 of 3

Robert B. Roden
Shelby & Roden
2956 Rhodes Circle
Birmingham, AL 35205

Bryan Gerald Rutherford
McCauley, MacDonald & Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Robert A. Schwartz
Bailey, Galyen & Gold
18333 Egret Bay Boulevard
Suite 120
Houston, TX 77058

Christopher A. Seeger
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY 10004-2502

Christopher D. Sileo
Scott, Douglass & McConnico
One American Center
15th Floor
600 Congress Avenue
Austin, TX 78701

Colin MacKenzie Simpson
Burg, Simpson, Eldredge, Hersh
& Jardine
P.O. Box 490
Cody, WY 82414-0490

David Neil Smith
Nix, Patterson & Roach, LLP
205 Linda Drive
Dangerfield, TX 75638

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith, LLP
550 West C Street
Suite 800
San Diego, CA 92101-3531

Randall E. Smith
Smith, Elliott, Smith & Garmey, P.A.
199 Main Street
P.O. Box 1179
Saco, ME 04072

W. Roger Smith, III
Beasley, Allen, Crow, Methvin, Portis
& Miles
200 Coosa Street
P.O. Box 4160
Montgomery, AL 36103-4160

Stephen R. Stern
Hoffinger, Stern & Ross
150 East 58th Street
19th Floor
New York, NY 10155

Edward J. Stolarski
Wilbraham, Lawler & Buba
1818 Market Street
Suite 3100
Philadelphia, PA 19103-3631

Diane P. Sullivan
Dechert, LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Kathleen J. Swanson
Murane & Bostwick
201 N Wolcott
Casper, NY 82601

Helen E. Swartzfager
Law Office Of Robert A. Pritchard
P.O. Drawer 1707
Pascagoula, MS 39568-1707

Michael G. Terry
Hartline Dacus, et al.
800 N. Shoreline Blvd
Ste 2000
Corpus Christi, TX 78401

Joseph P. Thomas
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202-2409

Stephanie N. Voses
Sanders, Sanders, Block & Woycik
100 Herricks Road
Mineola, NY 11501

Michael E. Waldeck
Waldeck, Matteuzzi & Sloan
2 Pershing Square
2300 Main Street
9th Floor
Kansas City, MO 64108

Mickey L. Washington
R.G. Taylor, II, P.C. & Associates
One Allen Center
500 Dallas, 3400 Penthouse
Houston, TX 77002

Emilie Fischer Whitehead
Page, Mannino, Peresich
& McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Michael L. Young
Burroughs & Hepler
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

# INVOLVED JUDGES LIST (CTO-12)
# DOCKET NO. 1598
# IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Harold A. Baker
Senior U.S. District Judge
338 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

~~Hon. Robert Brack~~
~~U.S. District Judge~~
~~United States District Court~~
~~Federal Building~~
~~200 East Griggs Avenue~~
~~Las Cruces, NM 88011~~

Hon. David C. Bramlette
U.S. District Judge
P.O. Drawer 928
Natchez, MS 39121

~~Hon. Clarence A. Brimmer~~
~~U.S. District Judge~~
~~2120 Capitol Avenue~~
~~Room 2603~~
~~Cheyenne, WY 82001~~

Hon. Fredrick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Larry Alan Burns
U.S. District Judge
1165 Edward J. Schwartz
  U.S. Courthouse
940 Front Street
San Diego, CA 92101-8921

Hon. Gene Carter
U.S. District Judge
Edward T. Gignoux Fed. Courthouse
156 Federal Street
Portland, ME 04101

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. W. Royal Furgeson, Jr.
U.S. District Judge
John H. Wood Courthouse
655 E. Durango Blvd.
San Antonio, TX 78206

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550-1738

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

~~Hon. Michael P. Mills~~
~~U.S. District Judge~~
~~335 Federal Bldg. & U.S. Courthouse~~
~~911 Jackson Avenue, West~~
~~Oxford, MS 38655~~

Hon. William M. Nickerson
Senior U.S. District Judge
330 Edward A. Garmatz
Federal Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Wittaker
  U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Lacy H. Thornburg
U.S. District Judge
241 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

~~Hon. T. John Ward~~
~~U.S. District Judge~~
~~United States District Court~~
~~100 E. Houston Street~~
~~Marshall, TX 75670~~

Hon. Leonard D. Wexler
Senior U.S. District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker
  U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

# INVOLVED CLERKS LIST (CTO-12)
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

~~Arlen B. Coyle, Clerk~~
~~U.S. District Court~~
~~P.O. Box 704~~
~~Aberdeen, MS 39730-0704~~

~~Betty A. Griess, Clerk~~
~~2120 Capitol Avenue~~
~~Room 2141~~
~~Cheyenne, WY 82001-3658~~

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt
 Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

~~David J. Maland, Clerk~~
~~100 East Houston Street~~
~~#125~~
~~Marshall, TX 75670-4144~~

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building
& U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

J.T. Noblin, Clerk
316 James O. Eastland
 U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James Woodward, Clerk
3300 Thomas F. Eagleton
 U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

John M. Waters, Clerk
218 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
U.S. District Court
400 East 9th Street
Room 1510
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black
 U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Robert C. Heinemann, Clerk
U.S. District Court
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

~~Robert M. March, Clerk~~
~~C-309 Federal Building~~
~~200 East Griggs Avenue~~
~~Las Cruces, NM 88001~~

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz
 Federal Building
880 Front Street
San Diego, CA 92101-8900

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101