**E-FILED**

Friday, 04 February, 2005  03:38:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**FILED**

FEB 0 3 2005

JOHN M. WATERS, Clerk
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

J. Michael McMahon
Clerk

USDC, C.D. ILLINOIS

Date: 1/31/05

In Re: EPHEDRA

**MDL     1598**

**Your Docket #**

**04 CV 2223**

**S.D. OF N.Y.**

**05 CV 1007**

**Dear Sir:**

　　　　**Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge RAKOFF for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.**

　　　　**Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.**

**Sincerely,**
**J.Michael McMahon**

**By: Dorothy Guranich**
**Deputy Clerk**

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
 Clerk

USDC, C.D. ILLINOIS

Date: 1/31/05

In Re: EPHEDRA

**MDL    1598**

**Your Docket #**             **S.D. OF N.Y.**

**04 CV 2223**              **05 CV 1007**

**Dear Sir:**

     **Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge RAKOFF for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.**

     **Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.**

**Sincerely,**
**J.Michael McMahon**

**By: Dorothy Guranich**
**Deputy Clerk**

**A CERTIFIED TRUE COPY**

JAN 2 5 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**05 CV    1007**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 7 2005

**FILED**
**CLERK'S OFFICE**

*Fed*
*SD of Ny*
*1/31/05*

### DOCKET NO. 1598

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

#### (SEE ATTACHED SCHEDULE)

*JUDGE RAKOFF*

### CONDITIONAL TRANSFER ORDER (CTO-12)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 186 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

**Michael J. Beck**
**Clerk of the Panel**

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY *Jessica Ross*

DEPUTY CLERK

## SCHEDULE CTO-12 - TAG ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

__DISTRICT  DIV. C.A.#__

**ALABAMA NORTHERN**
ALN    2  04-3000          Bessie L. Bell, et al. v. Metabolife International, Inc., et al.

**ARKANSAS WESTERN**
ARW    5  04-5293          Tracey La Rosa v. Wal-Mart Corp., et al.

**CALIFORNIA SOUTHERN**
CAS    3  04-2178          Desire Jones v. Richardson Labs, et al.

**FLORIDA SOUTHERN**
FLS    0  04-60194         Edward Ammar v. Basic Research, LLC, et al.

**ILLINOIS CENTRAL**
ILC    2  04-2223          James Ressel v. NVE, Inc.

**KANSAS**
KS    2  04-2279          Bonnie Ann Jackley, etc. v. NVE, Inc., et al.
KS    2  04-2345          Audrey Quaile v. Metabolife International, Inc.

**MARYLAND**
MD    1  04-3849          Edward C. Watkins v. Metabolife International, Inc., et al.

**MAINE**
ME    2  04-255           Gregory L. Crosby, et al. v. Market America, Inc.

**MISSOURI EASTERN**
MOE    4  04-1540          Margaret Randle v. Metabolife International, Inc.

**MISSOURI WESTERN**
MOW    4  04-785          Charles Motley v. Metabolife International, Inc., et al.
MOW    5  04-6079          Joyce Hayes v. Metabolife International, Inc.

**MISSISSIPPI NORTHERN**
~~MSN    1  04-324~~          ~~Margaret S. Guyton v. Nutrition USA, Inc., et al.~~ Opposed 1/25/05
~~MSN    1  04-325~~          ~~Angela Smith v. Nutrition USA, Inc., et al.~~ Opposed 1/25/05

**MISSISSIPPI SOUTHERN**
MSS    5  04-275          Josephine Harried v. Rexall Sundown, Inc., et al.
MSS    5  04-277          Elizabeth Gary v. Rexall Sundown, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW    1  04-232          Christopher Scott Surratt v. Metabolife International Inc., et al.

**NEW MEXICO**
~~NM    2  04-1288~~          ~~Emily Lujan v. Metabolife International, Inc., et al.~~ Vacated 1/24/05

## DISTRICT  DIV. C.A.#

**NEW YORK EASTERN**
NYE    2  03-6448        John Giordano v. Market America, Inc.

**TEXAS EASTERN**
~~TXE      2   04-157~~        ~~Sandra Lovelace, et al. v. Body Dynamics, Inc., et al.~~ Opposed 1/25/05

**TEXAS NORTHERN**
TXN    4  04-756        Sergio J. Vasquez v. Metabolife International, Inc., et al.
TXN    4  04-821        Teresa Marie Belew v. Metabolife International, Inc., et al.

**TEXAS SOUTHERN**
TXS    3  04-556        Morris J. Parks v. Metabolife International, Inc., et al.
TXS    4  04-4146        Bruce E. Lewis v. Metabolife International, Inc., et al.

**TEXAS WESTERN**
TXW    1  04-689        Kathy Foster v. Metabolife International, Inc., et al.
TXW    5 . 04-1029        Jennifer Reyes v. Muscletech Research & Development, Inc.

**WYOMING**
~~WY      1   04-305~~        ~~Vicky Long, et al. v. National Health Products, Inc., et al.~~ Opposed 1/25/05