



# United States District Court

**JOHN M. WATERS**
**CLERK OF COURT**

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

February 4, 2005

J. Michael McMahon, Clerk
Southern District of IL
U. S. District Court
500 Pearl St.
New York, NY 10007

RE: RESSEL v. NVE INC
CASE NO.  04-2223

Dear Mr. McMahon:

Pursuant to an Order of the Court entered January 7, 2004 by the Judicial Panel on Multidistrict Litigation, the above case is being transferred to your District for all further proceedings. You will find enclosed a certified copy of this Court's docket sheet along with all documents filed in this Court.

If you should need anything further, please contact our office at the above telephone number.

Very truly yours,

s/John M. Waters, Clerk
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

JMW/vlb
Enclosures

transferodistrict.wpd